UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSTANTINO VICENTE-GUERRA,
on behalf of himself and others similarly situated,

Plaintiff,

-against-

INWOOD RESTAURANT CORP.
dba LA NUEVA ESPANA, and
JUAN JIMENEZ, individually,

Defendants.

Case No.: 17 CV 7197
(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/18

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: Sept 10, 2018

For the Plaintiffs:

CILENTI & COOPER, P.C.

By: _____
Peter Cooper, Esq.
*Attorneys for Plaintiff Juan Amigon*
708 Third Avenue, 6th Floor
New York, NY 10017
(212) 209-3933

For the Defendants:

HOFFMANN & ASSOCIATES

By: _____
Andrew S. Hoffmann, Esq.
*Attorneys for Defendants*
450 Seventh Avenue – Suite 400
New York, NY 10123
(212) 679-0400

So Ordered

_____
U.S.M.J.
9/14/2018

-11-