```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONSTANTINO VICENTE-GUERRA, et al.,      :

               Plaintiffs,             :

  -v.-                                                             :

INWOOD RESTAURANT CORP., et al.           :

               Defendants.            :
------------------------------------------------------------X

ORDER OF DISCONTINUANCE
17 Civ. 7197 (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This case contains claims under the Fair Labor Standards Act. On January 11, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated September 11, 2018 (Docket # 31), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement, the Court find that it is fair and reasonable. The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

      Any pending motions are moot. The Clerk is requested to close the case.

SO ORDERED.

Dated: September 14, 2018
       New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge